UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Terry Stewart,<br><br>   Plaintiff,<br><br> v.<br><br>International Association of Machinists and Aerospace Workers, *et al.*,<br><br>   Defendants and Counterclaim-Plaintiffs,<br><br> v.<br><br>Terry Stewart and Don E. Hall,<br><br>   Counterclaim-Defendants. | Civil Action No. 4:13-cv-01391 |

**DEFENDANTS' MOTION TO COMPEL PRODUCTION**

  Defendants the International Association of Machinists and Aerospace Workers, AFL-CIO and IAM District Lodge 19 (collectively, "the IAM") hereby move, pursuant to Fed. R. Civ. P. 37(a), for an order compelling Plaintiff Terry Stewart to produce his income records responsive to Defendants' Requests for Production Nos. 9 and 17, served on August 22, 2013. The IAM moves to compel Plaintiff to produce his federal and state income tax returns, as well as records related to his work as a sales distributer for a coffee company, Organo Gold, while he was serving as an IAM Local Chairman and while employed full-time by the Union Pacific Railroad.

As set forth fully in the accompanying memorandum, these documents are nonprivileged and relevant both to the substance of the IAM's counterclaims as well as to the calculation of Plaintiff's claimed damages, and Plaintiff's remaining objections are also without merit.

WHEREFORE, Defendants respectfully submit that requested discovery be ordered produced.

                                              Respectfully submitted,

                                                /s/ Jeffrey A. Bartos
                                              Joseph Guerrieri, Jr.
*Admitted pro hac vice*
Jeffrey A. Bartos
Attorney-in-charge
*Admitted pro hac vice*
Guerrieri, Clayman, Bartos & Parcelli, PC
1900 M Street, NW, Suite 700
Washington, DC  20036
Telephone:  (202) 624-7400
Facsimile:  (202) 624-7420

Marc A. Zito
Federal Bar No. 2070
Jones Granger
Physical: 10000 Memorial Drive, Suite 888
Mailing: P.O. Box 4340
Houston, Texas 77210
Telephone:  (713) 668-0230
Facsimile:  (713) 683-1289

## Certificate of Service

I certify that the foregoing document was filed and served via ECF on October 29, 2013:

>Katherine L. Butler
>Butler & Harris
>1007 Heights Boulevard
>Houston, TX  77008

>Counsel for Terry Stewart

>Thomas H Padgett, Jr.
>The Law Offices of Thomas H. Padgett, Jr.
>4809 Pine St.
>Houston, TX 77401

>Counsel for Don E. Hall

  /s/ Jeffrey A. Bartos