IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TERRY STEWART, | § |
|     Plaintiff and Counter-Defendant, | § |
| v. | § |
| INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS AND INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, DISTRICT 19 | § CIVIL ACTION NO. H-13-1391 |
|     Defendants and Counter-Plaintiffs, | § |
| v. | § |
| DON E. HALL | § |
|     Counter-Defendant. | § |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated April 10, 2014,[1] the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is, therefore, **ORDERED** that the Memorandum and Recommendation is hereby **ADOPTED** by this court.

The Clerk shall send copies of this Order to the respective

---

[1] The parties filed no objections to the Memorandum and Recommendation.

parties.

**SIGNED** at Houston, Texas, this 28th day of April, 2014.

SIM LAKE
UNITED STATES DISTRICT JUDGE