IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TERRY STEWART, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-13-1391 |
| | § | |
| INTERNATIONAL ASSOCIATION OF | § | |
| MACHINISTS AND AEROSPACE | § | |
| WORKERS, DISTRICT 19, | § | |
| | § | |
| Defendant. | § | |

## AMENDED FINAL JUDGMENT

In accordance with the unanimous verdict of the jury, the court **ADJUDGES** that plaintiff, Terry Stewart, **TAKE NOTHING** from defendant International Association of Machinists and Aerospace Workers, District 19, and that this action is **DISMISSED WITH PREJUDICE**.

Each party will be responsible for his/its own costs.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this the 2nd day of March, 2015.

SIM LAKE
UNITED STATES DISTRICT JUDGE